IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steven L. Horne,

    Plaintiff

v.     Case No. 2:08-cv-673

Commissioner of Social Security,     Judge Michael H. Watson

    Defendant

**ORDER**

On April 2, 2009, the Magistrate Judge issued a report and recommendation that this matter be remanded to the administrative law judge. Objections to this report and recommendation were due by April 20, 2009.

The Commissioner has filed no objections to the report and recommendation. On *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 18) is **ADOPTED**. This matter is hereby **REMANDED** to the administrative law judge for further proceedings. The administrative law judge should, pursuant to 20 C.F.R. §404.1512(e), procure the opinion of Dr. William C. Wojno, M.D. as to claimant Steven L. Horne's residual functional capacity. If this information is not available, he should obtain a new consultative examination of the claimant pursuant to 20 C.F.R. §404.1512(f).

                                                       Michael H. Watson, Judge
                                                       United States District Court